[No. 7853. Department One. October 6, 1909.]

CHARLES ELREY et al., Appellants, v. HARLAN P. CHRISTIE et al.,
Respondents.[1]

Appeal from a judgment of the superior court for Franklin
county, Zent, J., entered September 15, 1908. Reversed.

*A. C. Routhe* and *A. A. Hinman*, for appellants.

*Horrigan, O'Brien & Coad*, for respondents.

PER CURIAM.—This case depends upon the same record and is
controlled by the case of *Timmerman v. McCullagh, ante* p. 204, 104
Pac. 212. For the reasons given in that case the judgment is re-
versed, and the cause remanded with instructions to enter a judg-
ment for the appellants quieting the title to the property described
in their complaint.

---

[No. 7657. *En Banc.* November 4, 1909.]

J. B. CORDINER, *Appellant*, v. MILLARD R. McMAHAN et al.,
Respondents.[2]

Appeal from a judgment of the superior court for Chelan county,
Steiner, J., entered July 14, 1908. Affirmed.

*Cordiner & Cordiner* and *J. C. Kleber*, for appellant.

*Reeves & Reeves*, for respondents.

PER CURIAM.—This action involves the question determined in the
case of *Cordiner v. Dear, ante* p. 479, 104 Pac. 780, and is affirmed on
the grounds stated in the opinion in that case.

---

[No. 7658. *En Banc.* November 4, 1909.]

J. B. CORDINER, *Appellant*, v. MINNIE L. KIRKENDALL et al.,
Respondents.[2]

Appeal from a judgment of the superior court for Chelan county,
Steiner, J., entered July 14, 1908. Affirmed.

*Cordiner & Cordiner* and *J. C. Kleber*, for appellant.

*Reeves & Reeves*, for respondents.

PER CURIAM.—This action involves the question determined in
the case of *Cordiner v. Dear, ante* p. 479, 104 Pac. 780, and is affirmed
on the grounds stated in the opinion in that case.

[1]Reported in 104 Pac. 214.

[2]Reported in 104 Pac. 783.